JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-0461 AG (SHx) | Date | September 17, 2012 |
|---|---|---|---|
| Title | MICHAEL J. HOLLAND v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

**Proceedings:**   [IN CHAMBERS] ORDER DISMISSING CASE FOR FAILURE TO SHOW CAUSE REGARDING FEDERAL JURISDICTION

Plaintiff has sued the Los Angeles County Department of Children and Family Services, and some of its employees (collectively, "DCFS"). Plaintiff has previously brought two similar actions in pro per, and in one named five judicial officers as defendants. Both actions were dismissed with prejudice.

Plaintiff is upset, among other things, about a ruling regarding the custody of his children. The custody battle has indeed been acrimonious, as might be expected given that Plaintiff wrote a book entitled *Why Husbands Kill Their Wives and Boyfriends Beat Their Girlfriends.*

Because federal courts are courts of limited jurisdiction, it is "presumed that a cause lies outside this limited jurisdiction, and the burden of establishing the contrary rests upon the party asserting jurisdiction." *Vacek v. United States Postal Serv.,* 447 F.3d 1248, 1250 (9th Cir. 2006) (quoting *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (citations omitted)). At oral argument, Plaintiff's counsel made reference to a

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-0461 AG (SHx) | Date | September 17, 2012 |
|---|---|---|---|
| Title | MICHAEL J. HOLLAND v. COUNTY OF LOS ANGELES, et al. | | |

child custody order, and in general, child custody is the province of state courts, and state law on child custody is best decided by state courts.

As such, the Court issued an Order to Show Cause as to why jurisdiction exists over this case. The parties fully briefed the topic. Numerous possible defenses exist, such as res judicata and collateral estoppel. Also, at oral argument, the Court did not get a satisfying answer to its concerns about federal courts being flooded with cases such as this one. But after a thorough review, the Court finds that under the *Rooker-Feldman* doctrine it may not hear this case. *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462 (1983).

IT IS THEREFORE ORDERED that the First Amended Complaint is dismissed. Defendants shall submit a short judgment reflecting that judgment is entered against the Plaintiff and for all the Defendants.

                                                                            :    0

                                            Initials of
                                            Preparer            lmb