1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MICHAEL J. HOLLAND, an individual, </br></br>　　　　　　　Plaintiff, </br></br>　　vs. </br></br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; SOCIAL WORKER KATHLEEN BRUNSON-FLUKER, in both her official capacity and individually; SOCIAL WORKER VICKIE D. MCCAULEY, in both her official capacity and individually; MATTHEW MANSFIELD, in both his official capacity and individually; JESSE RIVERA, in both his official capacity and individually; HILDA QUIGLEY, in both her official capacity and individually; SHILOH DAVENPORT, in both her official capacity and individually; NATALIE OSTER; in both her official capacity | **CASE NO. CV12-00461 AG (JCx)** </br>*[Assigned to the Hon. Andrew J. Guilford, Courtroom 10D]* </br></br>**JUDGMENT** </br></br></br></br></br></br>**Complaint Filed:  January 18, 2012** </br></br>**TRIAL DATE:     July 23, 2013** |

1

**JUDGMENT**

| | |
|---|---|
| 1 | and individually; SUE ) |
| 2 | POMMERVILLE; in both her official ) capacity and individually; PATRICIA ) |
| 3 | PLOEHN, in her official capacity as ) Director of Los Angeles County Social ) |
| 4 | Services; ANTONIA JIMENEZ, in her ) |
| 5 | official capacity as Assistant Director ) of Los Angeles County Social ) |
| 6 | Services; and DOES 1 through 10, ) |
| 7 | inclusive, ) ) |
| 8 | Defendants. ) |
| 9 | ) |

On September 17, 2012, after considering the moving, opposing, and reply papers, the supplemental briefing of Plaintiff MICHAEL J. HOLLAND ("Plaintiff"), opposition of Defendants COUNTY OF LOS ANGELES [erroneously sued as LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES], KATHLEEN BRUNSON-FLUKER, VICKIE D. MCCAULEY, MATTHEW MANSFIELD, HILDA QUIGLEY, SHILOH DAVENPORT, NATALIE OSTER, and SUE POMMERVILLE ("County Defendants"), Plaintiff's reply, oral argument and all other matters presented to and accepted by the Court, the Hon. Andrew J. Guilford granted County Defendants' Motion to Dismiss Plaintiff's First Amended Complaint without leave to amend.

Having ruled to grant County Defendants' Motion to Dismiss,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff MICHAEL J. HOLLAND take nothing by this action, that his claims be dismissed on their merits and with prejudice, and that County Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: September 28, 2012   _____
    Honorable Andrew J. Guilford
    United States District Judge