JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| MICHAEL J. HOLLAND, an individual, | Case No. SACV 12-0461 AG (JCx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF LOS ANGELES et al., | |
| Defendants. | |

The Court enters Judgment in favor of Defendants and against Plaintiff.

Dated: August 31, 2016

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT